IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ELLYN E. TREADWAY**,

**Plaintiff,**

**v.**

**PREMIER CAR CONNECTION,**

**Defendant.**

No. 12-1108-DRH

<u>**MEMORANDUM and ORDER**</u>

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On October 25, 2012, the Court directed Treadway to file an amended complaint on or before November 26, 2012 because of the scant allegations in her complaint (Doc. 5). Specifically, the Court found:

> "At this point the Court cannot determine what are Treadway's claims against Premier Car Connection. Her complaint is "light" on the details as she simply refers to Illinois state statutes and Federal statutes. Her lawsuit appears to be about a car."

(Doc. 5, p.2). The Court also informed Treadway of the following: "[f]ailure to comply with this Order shall result in the Court dismissing her case for failure to prosecute." (Doc. 5, ps. 3-4). November 26, 2012 passed without Treadway filing an amended complaint. Therefore, on December 6, 2012, the Court issued

another Order advising Treadway of the ramifications of the failure to prosecute this case by failing to follow Court Orders and allowed Treadway up to and including December 26, 2012 to file an amended complaint (Doc. 6).

As of this date, Treadway has neither filed an amended complaint nor filed an extension of time. Thus, the Court finds that dismissal of Treadway's case for failure to prosecute is proper.

Accordingly, the Court **DISMISSES without prejudice** Treadway's complaint for failure to prosecute. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 4th day of January, 2013.

Digitally signed by
David R. Herndon
Date: 2013.01.04
11:30:04 -06'00'

**Chief Judge
United States District Court**